# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30256
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 12, 2019

Lyle W. Cayce
Clerk

PHILLIS CONE,

     Plaintiff - Appellant

v.

DG LOUISIANA, L.L.C., incorrectly captioned Dollar General Corporation,

     Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-1247

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

Phillis Cone brought this action against Dollar General for injuries allegedly sustained during a slip-and-fall in the potato chip aisle at a Dollar General store in Bush, Louisiana. The district court granted summary judgment for Dollar General and Cone appealed. We affirm for essentially the reasons stated by the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.